UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
NATHAN TEMPEY,  :
 :
                Plaintiff, : Case No.: 20-cv-05212-ENV-SJB
 :
        -against- :
 : **NOTICE OF MOTION**
UNITED STATES DEPARTMENT OF : **TO ADMIT COUNSEL**
HOMELAND SECURITY, : **PRO HACE VICE**
 :
                Defendant. :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Venable LLP, and a member in good standing of the bars of the State of New York and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Nathan Tempey.  There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: July 7, 2021

                                                  Respectfully submitted,

                                    By: _____

                                                  Ian D. Volner
                                                  Venable LLP
                                                  600 Massachusetts Avenue, NW
                                                  Washington, D.C. 20001
                                                  Tel.: (202) 344-4000
                                                  Fax: (202) 344-8300
                                                  Email: idvolner@venable.com