UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NATHAN TEMPEY,

          Plaintiff,

-against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

          Defendant.
---------------------------------------------------------------- x

Case No.: 20-cv-05212-ENV-SJB

**AFFIDAVIT OF**
**IAN D. VOLNER**
**IN SUPPORT OF MOTION TO**
**ADMIT COUNSEL**
**PRO HAC VICE**

District of [Columbia]    )
                                  ) ss:
County of [/ / / /]        )

Ian D. Volner, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Venable LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the State of New York and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

WHEREFORE your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff, Nathan Tempey.

Dated: July 1, 2021                VENABLE LLP

                          By: _____
                              Ian D. Volner
                              Venable LLP
                              600 Massachusetts Avenue, NW
                              Washington, D.C. 20001
                              Tel.: (202) 344-4000
                              Fax: (202) 344-8300
                              Email: idvolner@venable.com

Sworn to and subscribed before me by Ian D. Volner (affiant) on this 6 day of July, 2021.

_____

Notary Public

My Commission Expires: 01/31/2026

