

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

November 7, 2023

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Request Regarding Status; -
>       **Nathan Tempey v. U.S. Department of Homeland Security, No. 1:20-cv-05212**

Dear Judge Vitaliano:

  We are counsel for plaintiff Nathan Tempey ("Plaintiff") in the above-captioned matter. We write with respect to the pending cross-motion for summary judgment, which concerns a FOIA request for information for news reporting. *See* Dkt. 33-48. As the cross-motion was fully submitted a year ago last week, we are writing to confirm that the motion was and remains scheduled for decision. While Plaintiff does not wish to rush the Court in its review of the submissions, the relevance of the information sought has developed additional currency, and therefore Plaintiff is interested in ensuring that nothing has fallen through the cracks on the Court's busy docket.

  We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Eleanor M. Lackman*

Eleanor M. Lackman
MITCHELL SILBERBERG & KNUPP LLP


cc:   All counsel of record (via ECF)