UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NATHAN TEMPEY,

             Plaintiff,

  -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

Civil Action No.
20-cv-5212

(Vitaliano, J.)
(Bulsara, M.J.)

PLEASE TAKE NOTICE that Assistant United States Attorney Geoffrey M. Stannard hereby appears as counsel for the United States Department of Homeland Security. The undersigned certifies that he is admitted to practice in this Court.

Dated: April 26, 2024
      Brooklyn, New York

                                             BREON PEACE
                                             United States Attorney
                                             Eastern District of New York
                                             271-A Cadman Plaza East
                                             Brooklyn, NY 11201

                        By:    /s/ *Geoffrey M. Stannard*
                                             GEOFFREY M. STANNARD
                                             Assistant U.S. Attorney
                                             (718) 254-6229
                                             geoffrey.stannard@usdoj.gov

cc:  Ian D. Volner (via ECF)
     Venable LLP
     *Plaintiff's Counsel*
     750 E. Pratt Street, Suite 900
     Baltimore, MD 21202
     (202) 344-4814
     idvolner@venable.com

cc:  Eleanor M. Lackman (via ECF)
     Mitchell Silberberg & Knupp LLP
     *Plaintiff's Counsel*
     437 Madison Avenue, 25th Floor
     New York, NY 10022
     (212) 509-3900
     eml@msk.com