UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
NATHAN TEMPEY,

             Plaintiff,

- v. -

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY.,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.
20-cv-5212

(Vitaliano, J.)
(Bulsara, M.J.)

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Melanie Speight, Assistant United States Attorney for the United States Attorney's Office for the Eastern District of New York, respectfully moves to withdraw as counsel for Defendant in the above-captioned action. Assistant United States Attorney Geoffrey Stannard will continue to serve as counsel for Defendant in this matter. Pursuant to Local Civil Rule 1.4, the undersigned respectfully submits the annexed Declaration of Melanie Speight in support of this application. A copy of this motion will be served on Plaintiff via ECF.

Dated:    Brooklyn, New York
            April 27, 2024

                                              BREON PEACE
                                              United States Attorney
                                              Eastern District of New York
                                              *Attorney for Defendant United States*
                                              271-A Cadman Plaza East
                                              Brooklyn, New York 11201

By:    */s/ Melanie Speight*
        Melanie Speight
        (718) 254-7509
        melanie.speight@usdoj.gov

To:    *All counsel of record* (via ECF)