```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
```

NATHAN TEMPEY,

                  Plaintiff,

- v. -

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                  Defendant.

Civil Action No.
20-cv-5212

(Vitaliano, J.)
(Bulsara, M.J.)

```
----------------------------------------X
```

## DECLARATION OF MELANIE SPEIGHT
## PURSUANT TO LOCAL CIVIL RULE 1.4

I, Melanie Speight, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of New York. I have served in this capacity since November 2020.

2.    I have served as counsel for Defendant in this proceeding and am moving to withdraw as counsel in this matter because I am leaving the United States Attorney's Office. My last day with this Office is April 26, 2024.

3.    My departure from the United States Attorney's Office provides a satisfactory reason for, and indeed necessitates, my withdrawal as an attorney in this action. The United States Attorney's Office for the Eastern District of New York will continue to represent the Government in this action.

4.    As this Office represents the Government, there is no retaining or charging lien involved in this matter.

Dated: April 26, 2024
       Brooklyn, New York

                BREON PEACE
                United States Attorney
                Eastern District of New York
                271-A Cadman Plaza East
                Brooklyn, NY 11201

By:   /s/ *Melanie Speight*
        Melanie Speight
        Assistant U.S. Attorney
        (718) 254-7509
        melanie.speight@usdoj.gov